UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jacob Ruffin

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

2 0 MAG 13093

Defendant <u>Jacob Ruffin</u> hereby voluntarily consents to participate in the following proceeding via <u> x </u> videoconferencing or <u> x </u> teleconferencing:

<u>x  </u>   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(Mr. Ruffin authorized Benjamin Gold to electronically sign this consent form during a phone call on December 8, 2020)

<u>*Jacob Ruffin*_____</u>
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

 <u>Jacob Ruffin_____</u>
Print Defendant's Name

 <u>Benjamin Gold_____</u>
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 <u>12-8-2020_____</u>
Date

_____
U.S. District Judge/U.S. Magistrate Judge